William M. Ward, Appellant, v. Town of Norfolk, Respondent.— Judgment and order unanimously affirmed, with costs.

Max Axelrod, Appellant, v. Charles Woolever, Respondent.— Motion granted, with ten dollars costs, unless, within sixty days, appellant perfects his appeal and pays said costs, in which event motion is denied.

Rose C. Aidala, Respondent, v. Anthony Aidala, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Rose C. Aidala, Respondent, v. Anthony Aidala, Appellant.— Judgment and order unanimously affirmed, with costs.

Before State Industrial Board, Respondent. Henry Alterman, Respondent, v. Tompkins Chair Company, Inc., and Another, Appellants.— Award modified by allowing for full payment of compensation for the first thirty-eight weeks and also by allowing a payment on account of award for the next twenty weeks at the rate of $12.82, being the amount actually advanced by the employer and carrier without an award therefor, leaving a balance due on April 24, 1924, in the sum of $343.60; and as so modified unanimously affirmed, without costs.

Before State Industrial Board, Respondent. Louis Anderson, Respondent, v. Johnson Lighterage Company and Another, Appellants.— Award reversed, with costs against the State Industrial Board, on the ground that it has been determined that the Board was without jurisdiction to make an award on the claim filed herein and said claim was for that reason dismissed and was, therefore, not before the Board when the present award was made. (224 N. Y. 539; *sub nom. State Industrial Comm. v. Johnson Lighterage Co.*, 248 U. S. 574.) All concur.

Before State Industrial Board, Respondent. Nicholas Amigona, Respondent, v. The City of Buffalo, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Conrad Andreuk, Respondent, v. E. W. Bliss Company and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. Joseph Anderson, Respondent, v. Eighteen East Forty-first, Inc., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence of causal relation between the accident and the loss of the eye. All concur.

Esther Geraldine Bray, Respondent, v. Ferdinand T. R. Jevons, Appellant. — Decision withheld until hearing and determination of appeal.

George C. Burns, Respondent, v. Leslie Bailey and Another, Appellants.— Motion granted by default, with ten dollars costs.

Ella L. Burgess, Respondent, v. James H. Burgess, Appellant.— Motion granted by default, with ten dollars costs.

Before State Industrial Board, Respondent. Pauline S. Becker, Respondent, v. August Schul, Defendant, Impleaded with United States Casualty Company, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before State Industrial Board, Respondent. William Balfe, Respondent, v. Rufus H. Brown and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Jordan* v. *Decorative Co.* (230 N. Y. 522).